DENNIS B. WIGGINS, Respondent, *v.* WILLET E. HAZARD,
Appellant, Impleaded with Others.

*Wiggins* v. *Hazard,* 33 App. Div. 628, affirmed.
(Argued May 23, 1901; decided June 11, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
August 24, 1898, affirming a judgment in favor of plaintiff
entered upon a. decision of the court on trial at an Equity
Term.

*Frank F. Williams* for appellant.

*Walter S. Jenkins* and *Joseph V. Seaver* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LAN-
DON, CULLEN and WERNER, JJ.

----

THE CHICAGO LUMBERING COMPANY OF MICHIGAN, Respondent,
*v.* ADAM HARTMAN, Appellant.

*Chicago Lumbering Co.* v. *Hartman,* 37 App. Div. 630, affirmed.
(Argued May 23, 1901; decided June 11, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 24, 1899, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*John Cunneen* for appellant.

*Lewis T. Payne* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LAN-
DON, CULLEN and WERNER, JJ.